

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――

No. 02-25-00357-CV

―――――――――――――――

IN RE JUSTIN RANDALL JONES, Relator

―――――――――――――――――――――――――――――――――――

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 23-8629-481

―――――――――――――――――――――――――――――――――――

Before Walker, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Emergency Verified Application for Writ of Mandamus and Request for Interim Relief" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Verified Application for Writ of Mandamus and Request for Interim Relief" are denied.

Per Curiam

Delivered:  July 22, 2025